|   |   |
|---|---|
| | **JS-6** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation as successor-in-interest to SCREEN ACTORS GUILD, INC. on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>HIT PRODUCTIONS, INC.<br><br>Respondent. | Case No. CV 19-1446 PA (KSx)<br><br>JUDGMENT |

In accordance with the Court's September 12, 2019 Minute Order granting the Motion for Order Confirming Arbitration and for Entry of Judgment in Conformity Therewith filed by petitioner Screen Actors Guild - American Federation of Television and Radio Artists ("Petitioner"), it is ORDERED, ADJUDGED, and DECREED that:

    1.    The arbitration award in favor of Petitioner and against respondent HIT PRODUCTIONS, INC. ("Respondent"), Union Case No. 11804, dated August 7, 2018 is confirmed in all respects;

    2.    Respondent is ordered to pay to Petitioner:

        (a)    The sum of $17,945.96 as directed by the Arbitration Award;

        (b)    $3,600 in attorney's fees incurred by Petitioner in this action; and

(c) $1,250.00 in costs incurred by Petitioner in this action;

3. Petitioner is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation, or other use of the motion picture entitled "Hit & Run" until the amounts due are paid in full;

4. The parties are to split any arbitrator fees.

The Clerk is ordered to enter this Judgment.

DATED: September 12, 2019

                                          Percy Anderson
                                   United States District Judge